IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD C. WILLIAMS,** | : | CIVIL NO. 1:11-CV-0396 |
| **Plaintiff** | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Mannion) |
| **JOSEPH P. NISH; KAREN ROGERS SWEENEY; WAYNE J. GAVIN; and THE PENNSYLVANIA ATTORNEY GENERAL,** | : | |
| **Defendants** | : | |

# O R D E R

Before the court is a September 22, 2011 report of the magistrate judge (doc. 33) to whom this matter was referred in which he recommends that Plaintiff's motion for a preliminary injunction be denied. Objections to the report and recommendation were due no later than October 11, 2011. No objections have been filed.

Upon consideration of the record before the court and the applicable law, **IT IS THEREFORE ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Mannion (doc. 33).

2) Plaintiff's motion for a preliminary injunction is **DENIED**.

3) This case is remanded to Magistrate Judge Mannion for further proceedings.

s/Sylvia H. Rambo<br>
United States District Judge

Dated: October 18, 2011.